FREDERICK J. MAEDER, Appellant, *v.* ADOLPH WEXLER, Respondent.

*Maeder* v. *Wexler*, 98 App. Div. 68, affirmed.
(Submitted May 30, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

November 26, 1904, which reversed an order of the Appellate Term of the Supreme Court affirming a judgment of the City Court of the city of New York overruling a demurrer to the reply and sustained such demurrer.

*Leonard J. Langbein* for appellant.

*Payson Merrill* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.